## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| TIERRA LEWIS,<br><br>       Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>       Defendant. | CASE NO. 1:26-CV-00075<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>**ORDER** |

Before the Court is the parties' joint stipulation, and request for an order, to remand this matter to the Commissioner.  (ECF Doc. 10.)  This matter is **REVERSED and REMANDED** for further proceedings, pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  The case is remanded on the merits due to agreed deficits in the Administrative Law Judge's consideration of the medical source opinions of record to allow the Administrative Law Judge to further consider the medical opinion evidence, in accordance with the provisions of 20 C.F.R. § 404.1520c.  *See Follen v. Comm'r of Soc. Sec.*, 167 F.4th 352 (6th Cir. 2026).  On remand, the Appeals Council shall instruct the Administrative Law Judge to further consider Plaintiff's claim, take any further action necessary to complete the administrative record, to include offering Plaintiff a new hearing, and issue a new decision.

       IT IS SO ORDERED.

Dated: June 4, 2026

                                  */s/ Amanda M. Knapp*
                                 AMANDA M. KNAPP
                                 UNITED STATES MAGISTRATE JUDGE

1